**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

Jebeh Kawah
________________________________________________________
________________________________________________________

*(In the space above enter the full name(s) of the plaintiff(s).)*

**- against -**

TradeAlgo
Wells Fargo Bank, NA

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

# COMPLAINT

Jury Trial: ☐ Yes ☒ No

(check one)

**I. Parties in this complaint:**

A. List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

| | | |
|---|---|---|
| Plaintiff | Name | Jebeh Kawah |
| | Street Address | 3203 Atmore Rd |
| | County, City | Philadelphia, Philadelphia |
| | State & Zip Code | Pennsylvania 19154 |
| | Telephone Number | 267-442-8577 |

*Rev. 10/2009*

B. List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1

Name TradeAlgo
Street Address 401 Park Ave S
County, City New York, New York
State & Zip Code New York 10016

Defendant No. 2

Name Wells Fargo Bank, NA
Street Address 420 Montgomery Street
County, City San Francisco, San Francisco
State & Zip Code California 94104

Defendant No. 3

Name ____________________
Street Address ____________________
County, City ____________________
State & Zip Code ____________________

Defendant No. 4

Name ____________________
Street Address ____________________
County, City ____________________
State & Zip Code ____________________

## II. Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A. What is the basis for federal court jurisdiction? *(check all that apply)*

- ☐ Federal Questions
- ☑ Diversity of Citizenship

B. If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? N/A

C. If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship Pennsylvania

Defendant(s) state(s) of citizenship New York, Oregon

**III. Statement of Claim:**

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. Where did the events giving rise to your claim(s) occur? Online transactions

B. What date and approximate time did the events giving rise to your claim(s) occur?

i. 05/2023, well over 45 days since TradeAlgo promised a refund of the $4125 I paid to them

ii. 12/08/2023, 01/10/2024 and 02/08/2024 provisional credit reversals by Wells Fargo of $4125 each time

What happened to you?

C. Facts:

Tradealgo advertised a service to give options trade ideas to customers. The service touted many advantages to individual traders like myself, and promised a satisfaction-guaranteed full refund valid for up to 6 months from the date of purchase of the service. I purchased the service in November 2022 for $4125. In February 2023, I asked TradeAlgo for a full refund due to my dissatisfaction with its service. I have in writing from Tradealgo, both the promise of the refund and the actual refund offered to be completed within 45 days. I never got a refund from Tradealgo even after multiple calls and emails.

Who did what?

I filed a claim against TradeAlgo through Wells Fargo since my payment to TradeAlgo was through an electronic funds transfer from my checking account at Wells Fargo. Wells Fargo opened a claim on my behalf in October 2023. Wells Fargo issued a provisional credit of $4125 to my checking account pending their investigation of my claim.

Was anyone else involved?

On 12/08/23, Wells Fargo reversed the $4125 credit, causing my bank balance to go into overdraft up to over $4000 at one point. I was traveling to Liberia, West Africa that same day and was therefore unable to pay for many incidentals during my 18 hour trip. I suffered many hardships because of the lack of access to funds during my travel, including being unable to buy food or pay for a transit visa to get to a hotel and pay for an overnight stay during my travel.

Who else saw what happened?

In addition, Wells Fargo provided two more provisional credits for this disputed amount of $4125 after my protestations to them but also reversed the provisional credits each time, leaving my Wells Fargo account in the negative when they did this. The negative balances caused my bills to go unpaid each time, which in turn caused negative credit reporting on my credit report in November 2023, December 2023 and January 2024.

**IV. Injuries:**

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received.

1. Breach of Contract by TradeAlgo:

- Loss of the promised refund of $4,125 despite a written agreement between me and TradeAlgo for a satisfaction-guaranteed full refund within 6 months of purchase.
- Emotional distress and frustration due to the company's failure to honor its commitment.

2. Financial Hardship:

- Overdraft fees and negative bank balances totaling over $4,000 caused by Wells Fargo's reversal of the provisional credit, which led to my inability to access funds during my travel to Liberia.

3. (Continued on attached page.)

**V. Relief:**

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation.

1. Compensatory Damages:

I respectfully request the Honorable Court to award me the monetary amount that compensates me for the financial losses incurred due to the breach of contract, misrepresentation, and other wrongful actions by TradeAlgo and Wells Fargo. This should include the $4,125 promised refund, any additional costs incurred, and other financial damages.

2. Punitive Damages:

The actions of TradeAlgo and Wells Fargo are particularly egregious because both companies willfully and wantonly disregarded the impact their actions would have on me compared with any damage their proper actions would cause them if there were any uncertainty about the validity of the refund in question. Instead, both institutions chose to cause me harm by their actions therefore I seek punitive damages in the amount of at least $75,000 to punish the defendants for their conduct and deter future similar actions.

3. Legal Fees and Costs:

I request reimbursement for the legal fees and costs incurred in pursuing the lawsuit against TradeAlgo and Wells Fargo.

4. (Continued on attached page)

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this 29th day of February, 2024.

Signature of Plaintiff /s/ Jebeh Kawah

Mailing Address 3203 Atmore Rd

Philadelphia, PA 19154

Telephone Number 267-442-8577

Fax Number *(if you have one)* ____________

E-mail Address jkawah@msn.com

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint. Prisoners must also provide their inmate numbers, present place of confinement, and address.

For Prisoners:

I declare under penalty of perjury that on this _____ day of ______________________, 20_____, I am delivering this complaint to prison authorities to be mailed to the Clerk's Office of the United States District Court for the Eastern District of Pennsylvania.

Signature of Plaintiff: ______________________

Inmate Number ______________________

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

Jebeh Kawah

Vs.

TradeAlgo &

Wells Fargo Bank, NA

Continuation:

**IV. Injuries (continued)**

3. Damages Due to Inability to Access Funds:
    - Inability to purchase food, pay for a transit visa to get to a hotel, and cover incidental expenses during your 18-hour trip to Liberia, resulting in immense hardship and discomfort.

4. Non-Payment of Bills:
    - Unpaid bills due to the negative balances in your Wells Fargo account resulting from the reversal of provisional credits, leading to negative credit reporting in November 2023, December 2023, and January 2024.

5. Emotional Distress and Inconvenience:
    - Physical and emotional stress endured during the travel period due to the lack of access to funds and the consequent inability to meet daily needs, navigate travel challenges, and maintain financial stability.

6. Credit Damage:
    - Negative impact on your credit report caused by the non-payment of bills due to the actions of Wells Fargo, potentially affecting your reputation and ability to obtain credit in the future.

**V. Relief (continued)**

4. Specific Performance:

I seek an order from the court compelling TradeAlgo to fulfill its promise of providing the $4,125 refund as agreed upon in writing. This will avoid any further delay and damage by TradeAlgo in not performing its contractual obligations as initially promised.

5. Injunctive Relief:
   I respectfully request the court to issue an injunction ordering TradeAlgo and Wells Fargo to cease their deceptive practices, misrepresentations, or any other wrongful behavior that led to my damages. This may help deter them from engaging in such actions in the future.

6. Other Equitable Relief:
   I respectfully seek any other forms of equitable relief deemed appropriate by the Honorable Court to address the harm caused by TradeAlgo and Wells Fargo.